No. 72–385.  TATE EDUCATIONAL FOUNDATION, INC. *v.* MCNEAL ET AL.  C. A. 5th Cir.  Motion of respondents for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 72–835.  PETTIBONE, DIRECTOR, DIVISION OF PAROLE AND PROBATION, DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES OF MARYLAND *v.* WOODALL.  C. A. 4th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 72–1187.  COMBS, SUPERINTENDENT, GRAND PRAIRIE INDEPENDENT SCHOOL DISTRICT, ET AL. *v.* JOHNSON ET AL.  C. A. 5th Cir.  Motion of respondents for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 72–1473.  UNITED STATES *v.* ROTHFELDER.  C. A. 6th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 72–1474.  UNITED STATES *v.* KING.  C. A. 4th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 72–649.  CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT ET AL. *v.* CISNEROS ET AL.  C. A. 5th Cir.  Certiorari denied.  THE CHIEF JUSTICE, MR. JUSTICE STEWART, MR. JUSTICE BLACKMUN, and MR. JUSTICE REHNQUIST, feeling that no useful purpose is to be served by setting the case for oral argument, would nevertheless grant the petition, vacate the judgment, and remand case for further consideration in light of *Keyes* v. *School District No. 1, ante,* p. 189.